UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LESLEY SIMMONS ST. GERMAIN, ET AL | CIVIL ACTION |
| VERSUS | NUMBER: 07-9040 |
| D. DOUGLAS HOWARD, ET AL | SECTION: J |

J U D G M E N T

Considering the court's ruling, rendered in open court on March 5, 2008,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, D. Douglas Howard, Jr., D. Douglas Howard, Jr. & Associates and Howard & Reed, Attorney at Law, and against plaintiffs, Lesley Simmons St. Germain, Hillary Rose Hillyer and Melissa Branighan Luminais, dismissing plaintiffs' federal Racketeer Influenced and Corrupt Organizations Act ("RICO") claim with prejudice and plaintiffs' pendant state law claims without prejudice, at plaintiffs' cost.

Dated at New Orleans, LA., this 6th day of MARCH, 2008.

_____
UNITED STATES DISTRICT JUDGE